ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| BAE Systems Land & Armaments L.P. | ) ASBCA Nos. 62971, 62996 |
| | ) |
| Under Contract No. W56HZV-05-G-0005 | ) |

APPEARANCES FOR THE APPELLANT:    David Z. Bodenheimer, Esq.
                                  Andy Liu, Esq.
                                  Haaleh Katouzian, Esq.
                                    Nichols Liu LLP
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Scott N. Flesch, Esq.
                                    Army Chief Trial Attorney
                                  Robert B. Neill, Esq.
                                    Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: September 28, 2022

_____
MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62971, 62996, Appeals of BAE Systems Land & Armaments L.P., rendered in conformance with the Board's Charter.

Dated:  September 29, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals